# EXHIBIT A-1

## Case Information

DC-21-01727 | GLOBAL PAYCARD CORPORATION vs. ONECOM, LLC

| Case Number | Court | Judicial Officer |
|---|---|---|
| DC-21-01727 | 101st District Court | WILLIAMS, STACI |
| File Date | Case Type | Case Status |
| 02/08/2021 | OTHER (CIVIL) | OPEN |

## Party

**PLAINTIFF**
GLOBAL PAYCARD CORPORATION

  Aliases
  *DBA* KITTRELL PAYCARD

Active Attorneys ▼
Lead Attorney
ANDERSON, DAVID N
Retained

**DEFENDANT**
ONECOM, LLC

Address
ITS REGISTERED AGENT, HARVARD BUSINESS SERVICES, INC.
16192 COASTAL HWY
LEWIS DE 19958

## Events and Hearings

02/08/2021 NEW CASE FILED (OCA) - CIVIL

02/08/2021 ORIGINAL PETITION ▼

ORIGINAL PETITION

02/08/2021 ISSUE CITATION ▼

ISSUE CITATION - ONECOM, LLC

02/10/2021 CORRESPONDENCE - LETTER TO FILE ▼

FIRM COVER LETTER

02/22/2021 CITATION ▼

Served
03/05/2021

Anticipated Server
CERTIFIED MAIL

Anticipated Method
Actual Server
CERTIFIED MAIL

Returned
03/09/2021
Comment
ONECOM, LLC//9214 8901 0661 5400 0159 8620 05

03/09/2021 RETURN OF SERVICE ▼

   Comment
   EXECUTED CITATION - ONECOM, LLC

03/29/2021 MOTION - EXTEND ▼

DEFENDANT'S MOTION FOR EXTENSION OF TIME

   Comment
   DEFENDANT'S

03/29/2021 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

DEFENDANT'S PROPOSED ORDER FOR EXTENSION OF TIME TO FILE ANSWER

Comment
DEFENDANT'S PROPOSED ORDER FOR EXTENSION OF TIME TO FILE ANSWER

04/09/2021 DISMISSAL FOR WANT OF PROSECUTION ▼

101st Dismissal Letter - 2017

101st Dismissal Letter - 2017

Judicial Officer
WILLIAMS, STACI

Hearing Time
9:00 AM

## Financial

GLOBAL PAYCARD CORPORATION
Total Financial Assessment $379.00
Total Payments and Credits $379.00

| Date | Type | Receipt | Party | Amount |
|---|---|---|---|---|
| 2/10/2021 | Transaction Assessment | | | $377.00 |
| 2/10/2021 | CREDIT CARD - TEXFILE (DC) | Receipt # 8654-2021-DCLK | GLOBAL PAYCARD CORPORATION | ($377.00) |
| 2/12/2021 | Transaction Assessment | | | $2.00 |
| 2/12/2021 | CREDIT CARD - TEXFILE (DC) | Receipt # 9165-2021-DCLK | GLOBAL PAYCARD CORPORATION | ($2.00) |

Case 3:21-cv-00767-X   Document 1-2   Filed 04/02/21   Page 5 of 5   PageID 11

**Documents**

ORIGINAL PETITION

FIRM COVER LETTER

ISSUE CITATION - ONECOM, LLC

101st Dismissal Letter - 2017

101st Dismissal Letter - 2017

DEFENDANT'S MOTION FOR EXTENSION OF TIME

DEFENDANT'S PROPOSED ORDER FOR EXTENSION OF TIME TO FILE ANSWER