UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GLOBAL PAYCARD CORPORATION *doing business as* KITTRELL PAYCARD, | § § § § § § § § § § § § | Civil Action No. 3:21-CV-00767-X |
| *Plaintiff,* | | |
| v. | | |
| ONECOM LLC, | | |
| *Defendant.* | | |

### **MEMORANDUM OPINION AND ORDER**

Before the Court is defendant Onecom LLC's (Onecom) amended motion to dismiss, or alternatively, motion to transfer. [Doc. No. 27]. Again, Onecom has not addressed deficiencies in its motion regarding the issue of federal jurisdiction.[1] The Court **DENIES** the motion **WITHOUT PREJUDICE**. Onecom will have twenty-eight days from the date of this order to file a new motion to dismiss under Rule 12(b)(7).

**IT IS SO ORDERED** this 6th day of October, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[1] *See Settlement Funding, L.L.C. v. Rapid Settlements, Ltd.*, 851 F.3d 530, 536 (5th Cir. 2017) ("A party seeking to establish diversity jurisdiction must specifically allege the citizenship of every member of every LLC or partnership involved in a litigation.").

1